IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V | § § | NO: 7:10-CR-008-O-KA-2 |
| VALERIE DOBY | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**VALERIE DOBY**, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a plea of guilty to **Count 1 and Count 8 of the Superseding Indictment**. After cautioning and examining **VALERIE DOBY** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea to each count was knowledgeable and voluntary and that the offense(s) charged are supported by an independent basis in fact containing each of the essential elements of each offense. I therefore recommend that the pleas of guilty be accepted and that **VALERIE DOBY** be adjudged guilty of each offense and have sentence imposed accordingly.

Date: November 2, 2010

UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).